IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEELWORKERS PENSION TRUST, by DANIEL A. BOSH, CHAIRMAN,<br><br>        Plaintiff,<br><br>v.<br><br>ALAMEDA HEALTH SYSTEM - SAN LEANDRO HOSPITAL,<br><br>        Defendant. | )<br>)<br>)<br>)  Civil Action No. 22-1892-MRH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, to wit, on this 22ᴅ day of June, 2023, upon consideration of Plaintiff's Motion to Discontinue as to Defendant, it is hereby ORDERED, ADJUDGED and DECREED that this action is hereby discontinued with prejudice as to Defendant.

_____
United States District Court Judge

TADMS:11465110-1 029107-167460